**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **ELIZABETH TOBIAS-OLIVO,** *Plaintiff*, <br><br> **v.** <br><br> **TAKUMI STAMPING, INC.** *Defendants*. | **C.A. No. 5:22-CV-1057-DAE** <br> **JURY** |

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Comes now, Plaintiff, ELIZABETH TOBIAS-OLIVO and files this her Unopposed Motion to Dismiss all claims against Defendant TAKUMI STAMPING, INC., and requests this Court to enter the attached Order of Dismissal of Claims with prejudice. All matters and disputes between the parties have been resolved.

WHEREFORE, it is prayed that this Motion be granted, that an order of dismissal, with prejudice, be entered on all claims filed by Plaintiff ELIZABETH TOBIAS-OLIVO against Defendant TAKUMI STAMPING, INC., and that attorneys' fees and costs of court be taxed against the party incurring same.

Respectfully submitted,

**PONCIO LAW OFFICES PC**

*/s/Adam Poncio (signed by permission-LPW)*
Adam Poncio
State Bar No. 16109800
aponcio@ponciolaw.com
Alan Braun
State Bar No. 24054488
abraun@ponciolaw.com
5410 Fredericksburg Rd., Suite 109
San Antonio, Texas 78229-3550
Tel: (210) 212-7979
Fax: (210) 212-5880

**ATTORNEY-IN CHARGE FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing document was forwarded to all attorneys of record in accordance with the Federal Rules, on this 7th day of July, 2023.

*Adam Poncio (signed by permission-LPW)*

Adam Poncio

284295172v.1